PEOPLE ex rel. SEMANSKY v. JOHNSON. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Proceeding by the People of the State of New York, on the relation of Louis Semansky, against Joseph Johnson, as Commissioner, etc. A. J. Talley, of New York City, for relator. H. Crone, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs. Order filed.

PEOPLE ex rel. SHERRY v. WALDO, Police Com'r. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Proceeding by the People of the State of New York, on the relation of William A. Sherry, against Rhinelander Waldo, as Police Commissioner of the City of New York. No opinion. Writ dismissed, and determination confirmed, with $50 costs and disbursements.

PEOPLE ex rel. WELCH, Respondent, v. BARD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 11, 1913.) Proceeding by the People of the State of New York, on the relation of Samuel M. Welch, against Franklin E. Bard, individually and as Treasurer of the County of Erie, and the County of Erie. No opinion. Order affirmed, with costs.

PEOPLE ex rel. WHITE v. PURDY et al., Com'rs. (Supreme Court, Appellate Division, Second Department. June 27, 1913.) Proceeding by the People of the State of New York, on the relation of Josiah J. White, against Lawson Purdy and another, Commissioners of Taxes and Assessments, etc. No opinion. Motion denied, with $10 costs. See, also, 154 App. Div. 951, 139 N. Y. Supp. 1140.

PETERS, Respondent, v. GRAUBART, Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) Action by Harmon G. Peters against Samuel Graubart. No opinion. Judgment and order unanimously affirmed, with costs.

PETERSON, Appellant, v. LAMBERTSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 27, 1913.) Action by Frederick Peterson against Royal S. Lambertson and another. No opinion. Order affirmed, without costs.

PETRASCH v. SAMUELS. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Elza Petrasch against Jacques Samuels. No opinion. Application denied, with $10 costs. Order signed.

PETROLINO, Respondent, v. BUFFALO L. & R. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 4, 1913.) Action by Antonio Petrolino against the Buffalo, Lockport & Rochester Railway Company. No opinion. Judgment and order affirmed, with costs.

PILLION, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. May 23, 1913). Action by Evelyn M. Pillion against the City of New York. No opinion. Judgment unanimously affirmed, without costs.

P. J. KANE CONTRACTING CO., Respondent, v. WILLS & MARVIN CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by the P. J. Kane Contracting Company against the Wills & Marvin Company and others. J. T. Mahoney, of New York City, for appellants. C. I. Taylor, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

PLYMPTON, Appellant, v. LIEBLER et al., Respondents. (Supreme Court, Appellate Division, First Department. May 29, 1913.) Action by Eben Plympton against Theodore A. Liebler and another. H. W. Rudd, of New York City, for appellant. M. D. Josephson, of New York City, for respondents.

PER CURIAM. Judgment and order affirmed, with costs, on Pollock v. Shubert Theatrical Co., 146 App. Div. 628, 131 N. Y. Supp. 386. Order filed.

INGRAHAM, P. J., dissents.

POLLITZ v. WABASH R. CO. SAME v. EQUITABLE TRUST CO. (Supreme Court, Appellate Division, First Department. June 6, 1913.) Actions by James Pollitz against the Wabash Railroad Company, and against the Equitable Trust Company. No opinions. Motions granted, with $10 costs. Orders filed. See, also, 154 App. Div. 935, 939, 139 N. Y. Supp. 1140.

POOLER, Respondent, v. WARNER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 4, 1913.) Action by Louise Pooler against Milo Warner and others. No opinion. Judgment and order affirmed, with costs.

POPPENBERG, Appellant, v. OVERLAND–BUFFALO CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. June 11, 1913.) Action by Gustav Poppenberg against the Overland-Buffalo Company. No opinion. Judgment and order affirmed, with costs.

POTTER v. PICTORIAL REVIEW CO. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Alexander Potter against the Pictorial Review Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 156 App. Div. 874, 142 N. Y. Supp. 208; 142 N. Y. Supp. 1140.

POTTER v. PICTORIAL REVIEW CO. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Alexan-

der Potter against the Pictorial Review Company.

PER CURIAM. Motion granted. Leave given to plaintiff to serve amended complaint until August 1st, on payment of costs in this court and at Special Term on or before that date. Settle order on notice. See, also, 142 N. Y. Supp. 1140.

PREIS, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 11, 1913.) Action by Augusta Preis against the International Railway Company. No opinion. Judgment and order affirmed, with costs.

In re PRICE'S WILL. (Supreme Court, Appellate Division, Fourth Department. May 28, 1913.) In the matter of the will of Ernest Irving Price, deceased. No opinion. Motion granted, and appeal dismissed.

PURITAN PURE FOOD CO. v. STOLL-WERCK BROS. (Supreme Court, Appellate Division, First Department. June 6, 1913.) Action by the Puritan Pure Food Company against Stollwerck Bros. No opinion. Motion granted, with $10 costs. Order filed. See, also, 141 N. Y. Supp. 1143.

RASHKOFF v. ERIE R. CO. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Hyman Rashkoff against the Erie Railroad Company. No opinion. Motion denied. Order filed. See, also, 141 App. Div. 624, 126 N. Y. Supp. 489.

REED, Respondent, v. REED, Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Pauline E. Reed against Walter H. Reed. M. B. Blumenthal, of New York City, for appellant. R. E. McKisson, of Cleveland, Ohio, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

REGIERER v. PASSAVANT. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Minna Regierer against Oscar Passavant, as executor, etc. No opinion. Application denied, with $10 costs. Order signed.

In re REMSEN AVE. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) In the matter of the application of the City of New York relative to acquiring title to Remsen Avenue from Utica Avenue to Canarsie Bay Park, etc. (Appeal No. 1.) No opinion. Motion denied, without costs. See, also, 153 App. Div. 418, 138 N. Y. Supp. 594.

In re REMSEN AVE. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) In the matter of the application of the City of New York relative to acquiring title to Remsen Avenue from Utica Avenue to Canarsie Bay Park,

etc. (Appeal No. 2.) No opinion. Motion denied, without costs. See, also, 153 App. Div. 916, 138 N. Y. Supp. 598.

RESER, Appellant, v. RESER, Respondent. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Edward Newton Reser against Frances Cooke Reser. No opinion. Judgment affirmed, with costs.

In re REYNOLDS. (Supreme Court, Appellate Division, Fourth Department. June 4, 1913.) In the matter of disbarment proceedings against Walter M. Reynolds, an attorney and counselor at law.

PER CURIAM. Order of disbarment entered, striking the name of the said Walter M. Reynolds from the roll of attorneys and counselors at law, and the said attorney forbidden to practice as such in any of the courts of this state.

RHODES v. THEODORE STARRETT CO. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Fred D. Rhodes against the Theodore Starrett Company. No opinion. Application denied, with $10 costs. Order signed.

RICKERT–FINLAY REALTY CO., Appellant, v. ILLINOIS SURETY CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) Action by the Rickert-Finlay Realty Company against the Illinois Surety Company.

PER CURIAM. Judgment reversed, and new trial granted, costs to abide the event, on the ground that the testimony as to statements by Mr. Mackay, in view of the evidence of his authority as defendant's manager, raised a question of waiver for the jury; also that defendant's return of Mr. King's itemized statement of the expense of completion, without objection to its form, coupled with a denial of liability, waived defendant's right afterwards to demand a more formal certificate by the architect.

RIEDMAN, Appellant, v. BATES, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 28, 1913.) Action by Edward Riedman, as executor, etc., against William M. Bates. No opinion. Judgment affirmed, with costs.

RILEY, Respondent, v. RANSOM et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by Elizabeth B. Riley against Eleanor M. Ransom and others. No opinion. Motion denied, without costs, without prejudice to any application appellants may desire to make in the proper court. See, also, 155 App. Div. 912, 140 N. Y. Supp. 1142.

In re ROBINSON. (Supreme Court, Appellate Division, First Department. June 6, 1913.) In the matter of George Robinson. No opinion. Motion granted. Settle order on notice.